IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREMAYNE EDWARDS ,

    Plaintiff,

v.

TIM HAINES AND
JOHN DOE (1) OFFICER,

    Defendants.

ORDER

Case No. 13-cv-882-wmc

Plaintiff Tremayne Edwards , a prisoner incarcerated at the Wisconsin Secure Prison Facility in Boscobel, Wisconsin, has filed a proposed civil complaint and a motion for leave to proceed without prepayment of the filing fee; however, he has not included the required certified copy of his trust fund account statement for the previous six months. For this case to proceed, plaintiff must pay the $400 filing fee or submit a certified copy of his trust fund account statement for the period immediately preceding the date of the complaint no later than January 29, 2014.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff submitted his motion to proceed without prepayment at the time he filed the complaint. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in instalments.

ORDER

IT IS ORDERED that plaintiff Tremayne Edwards may have until January 29, 2014 to submit the $400 filing fee or a trust fund account statement for the period beginning approximately June 30, 2013 and ending approximately December 30, 2013. If, by January 29, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 10th day of January, 2013.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge